UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ROBERT O'DAY and WILLIAM WEBSTER,

        Plaintiffs,

v.                                Case No:   5:23-cv-59-GAP-PRL

INVESTMENT AT LAKE DIAMOND, LLC,

        Defendant

**ORDER**

This cause comes before the Court on Plaintiff's Motion to Facilitate Notice under 29 U.S.C. S 216(b) (Doc. No. 7) filed February 14, 2023, Defendant's Response in Opposition (Doc. No. 16) filed March 15, 2023, and Plaintiff's Reply (Doc. No. 21) filed April 7, 2023.

On April 21, 2023, the United States Magistrate Judge issued a report (Doc. No. 22) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1.     The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Plaintiff's Motion to Facilitate Notice under 29 U.S.C. § 216(b) is **GRANTED**.

3. Defendant is directed to produce a computer readable data file containing the names, addresses, and telephone numbers of putative collective members1 working for the defendant for a three-year period within 11 days from the date of this order.

4. Plaintiff shall mail a notice to putative collective members within 10 days of the receipt of the data files from Defendant.

5. Putative collective members shall return their consents to join to Plaintiff's counsel within 60 days of the date of mailing of the notice if they wish to join as party plaintiffs.

**DONE** and **ORDERED** in Chambers, Ocala, Florida on May 15, 2023.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record

---

1 Anyone working at Lake Diamond Golf & Country Club in Ocala, Florida from January 24, 2022, to present as a golf cart attendant, ranger, range picker, or starter.

Unrepresented Party