UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 5:23-cv-00059-GAP-PRL

ROBERT O'DAY and WILLIAM
WEBSTER, on their own behalf
and others similarly situated,

      Plaintiffs,

vs.                                                                          **COLLECTIVE ACTION**

INVESTMENT AT LAKE
DIAMOND, LLC, a Florida
Limited Liability Company, d/b/a
Lake Diamond Golf & Country
Club.,

      Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

The parties, by and through their undersigned counsel, jointly notify the Court that this matter has been settled.  The parties are in the process of preparing the appropriate settlement documents for final Court approval of the terms of the settlement. Additionally, the Parties further request that the Court allow the parties seven (7) days, until and including November 16, 2023, within which to file the necessary documents for approval.

Respectfully submitted on November 7, 2023,

| | |
|---|---|
| */s/Robert S. Norell, Esq.* | */s/Michael H. Nullman, Esq.* |
| Robert S. Norell, Esq. | Michael H. Nullman, Esq. |
| Fla. Bar No.: 996777 | Fla. Bar No.: 17596 |
| E-Mail: rob@floridawagelaw.com | E-Mail: mnullman@nasonyeager.com |
| **ROBERT S. NORELL, P.A.** | **NASON, YEAGER, GERSON,** |
| 300 NW 70th Avenue | **HARRIS & FUMERO, P.A** |
| Suite 305 | 3001 PGA Boulevard |

Plantation, Florida 33317
Telephone: (954) 617-6017
Facsimile: (954) 617-6018
*Counsel for Plaintiff*

Suite 305
Palm Beach Gardens, Florida 33410
Telephone: (561) 686-3307
Facsimile: (561) 686-5442
Method of Service: CM/ECF
*Counsel for Defendant*