**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

ROBERT O'DAY and WILLIAM WEBSTER,

        Plaintiffs,

v.          Case No: 5:23-cv-59-GAP-PRL

INVESTMENT AT LAKE DIAMOND, LLC,

        Defendant

## ORDER

This is an FLSA case. *See generally* 29 U.S.C. §§ 201 to 209. On November 22, 2023, the parties filed a joint motion to approve their settlement agreement and dismiss case with prejudice (Doc. 59). Since the proposed settlement involves a compromise of Plaintiffs' claims, it is incumbent on the Court to review the reasonableness of the proposed settlement. *See Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350 (11th Cir. 1982).

Having reviewed same, the Court finds that the proposed settlement is a reasonable compromise of a bona fide dispute between parties represented by competent counsel. *Id.* The Court further finds that the agreed-upon fee and costs to be paid to Plaintiff's counsel was determined independently, did not

affect the payment to Plaintiffs, and otherwise appears to be reasonable.  *See*

*Bonetti v. Embarq Mgmt. Co.*, 715 F. Supp. 2d 1222 (M.D. Fla. 2009).   It is, therefore

**ORDERED** that said Motion (Doc. 59) is **GRANTED**.   The settlement is

**APPROVED** and this case is **DISMISSED** with prejudice.   The Clerk is directed

to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 27, 2023.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party